AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

SCOTTIE RAY VAN NORT,
        Plaintiff,
v.                                   CASE NUMBER:  3:09-cv-00042-LRH-WGC
GLEN FAIR, et al.,
        Defendants.

SCOTTIE RAY VAN NORT,
        Plaintiff,
v.                                   CASE NUMBER:  3:09-cv-00109-LRH-WGC
RICK ASHER, *et al.*,
        Defendants.

SCOTTIE RAY VAN NORT,
        Plaintiff,
v.                                   CASE NUMBER:  3:09-cv-00110-LRH-WGC
GLEN FAIR, et al.,
        Defendants.       **JUDGMENT IN A CIVIL CASE**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (#86 in case 3:09-cv-0042-LRH-WGC; #106 in case 3:09-cv-0109-LRH-WGC; and, #44 in case 3:09- cv-0110-

LRH-WGC entered on July 17, 2012, is adopted and accepted as follows:

- In 3:09-cv-00109, Doe defendants are **DISMISSED** without prejudice;
- In 3:09-cv-00109, summary judgment is **GRANTED** in favor of defendant Hindelang as to Count 7;
- In 3:09-cv-00109, Counts 8 and 12 are **DISMISSED** without prejudice as the allegations contained therein are only directed toward Doe defendants;
- In 3:09-cv-00109, summary judgment is **GRANTED** as to defendant Ramsey in Counts 13 and 14; and
- In 3:09-cv-00110, summary judgment is **GRANTED** as to defendant Ramsey in Count 5.

  October 10, 2012                                 **LANCE S. WILSON**
                                                         Clerk

                                                          /s/ D. R. Morgan
                                                          Deputy Clerk